UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  1:26-cr-63 |
| Plaintiff, | : | |
| | : | JUDGE  Hopkins |
| v. | : | |
| | : | **I N D I C T M E N T** |
| TERRELL FOSTER, | : | |
| | : | 18 U.S.C. § 922(g)(1) |
| Defendant. | : | |
| | : | FORFEITURE ALLEGATION |
| | : | |

**THE GRAND JURY CHARGES**:

## COUNT 1
### (Possession by a Prohibited Person)

On or about May 12, 2026, in the Southern District of Ohio, the defendant, **TERRELL FOSTER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is a Smith & Wesson 9mm pistol, model SD9VE bearing serial number FEF6468 and a Kimber 9mm pistol Micro 9 bearing serial number PB0046126 and the firearms were in and affecting interstate commerce.

**In violation of Title 18, United States Code, Section 922(g)(1).**

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **TERRELL FOSTER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including but not limited to:

- A Smith & Wesson, Model SD9VE, 9mm pistol, bearing serial number FEF6468, with any attachments and ammunition; and

- A Kimber, Model Micro 9, 9mm pistol, bearing serial number PB0046126, with any attachments and ammunition.

**A TRUE BILL**

_/s/_

**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**ALLISON BISIG OSWALL**
**SPECIAL ASSISTANT UNITED STATES ATTORNEY**

2